UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:16-CR-60-LRH-WGC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **WAIVER AND CONSENT ORDER** |
| JOSE ANTONIO SIERRA-HERNANDEZ, | ) | |
| Defendant. | ) | |

Defendant, Jose Antonio Sierra-Hernandez, having requested permission to enter a plea of guilty, hereby gives written consent to review of the Presentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_Jose Antonio Sierra_
Defendant

_____
Counsel for Defendant

_Brian L. Sullivan_
Assistant U.S. Attorney

DATED this 29 day of November, 2016.

APPROVED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE